UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUIRON THOMSON,<br><br>        Plaintiff,<br><br>   vs.<br><br>V. SOTO, et al.,<br><br>        Defendants. | 1:19-cv-01000-LJO-GSA-PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**<br>**(ECF No. 8.)**<br><br>**ORDER DISMISSING CASE, WITHOUT PREJUDICE, FOR FAILURE TO OBEY COURT ORDER**<br>**(ECF No. 4.)**<br><br>**ORDER FOR CLERK TO CLOSE CASE** |

      Quiron Thompson ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On September 30, 2019, findings and recommendations were entered, recommending that this action be dismissed for Plaintiff's failure to comply with the court's order of July 25, 2019. (ECF No. 8.) Plaintiff was granted fourteen days in which to file objections to the findings and recommendations. The fourteen-day time period has passed, and Plaintiff has not filed objections or otherwise responded to the findings and recommendations.

1

1 | In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this
2 | court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the
3 | court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on September 30, 2019, are adopted in full;
2. This action is dismissed, without prejudice, for Plaintiff's failure to comply with the court's order; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**November 2, 2019**__       _____/s/ Lawrence J. O'Neill_____
                                    UNITED STATES CHIEF DISTRICT JUDGE